JPML FORM 1A
pg. 1

DOCKET ENTRIES

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 507 -- In re Arab Boycott Litigation

| Date | No. | Pleading Description |
|---|---|---|
| 82/05/05 | 1 | MOTION, BRIEF, SCHEDULE OF ACTIONS FOR TRANSFER -- defts. Secretary of Commerce, Malcolm Baldrige, et al. w/cert. of svc. SUGGESTED TRANSFEREE DISTRICT: W.D. Wisconsin SUGGESTED TRANSFEREE JUDGE: Hon. Robert W. Warren (ds) |
| 82/05/06 | 2 | LETTER -- (re: A-5) correcting the district from W.D. Wisc. to the E.D. Wisc. -- defts. Secretary of Commerce, Malcolm Baldrige, et al. (ds) |
| 82/05/17 | | APPEARANCES -- GRAY MCCALLEY, JR., ESQ. for Crosley International, Inc., et al.; RICHARD M. FRANKLIN, ESQ. for Monsanto Co., et al.; BRICE M. CLAGETT, ESQ. for Lone Star Steel Co., etc., et al. and The Trane Co., et al.; ELWIN J. ZARWELL, ESQ. for Briggs & Statton, et al.; NEIL H. KOSLOWE, ESQ. for Malcolm Baldrige, et al. and Secretary of Commerce, et al. (ds) |
| 82/05/18 | 3 | NOTICE OF POTENTIAL TAG-ALONG ACTION -- filed by defts. Malcolm Baldrige, Secretary of Commerce, et al. w/cert. of svc. (ds) |
| 82/05/19 | 4 | RESPONSE -- pltfs. Lone Star Co., et al. w/cert. of svc.-ds |
| 82/05/19 | 5 | RESPONSE -- pltfs. The Trane Co., et al. w/cert. of svc.-ds |
| 82/05/19 | 6 | AMENDMENT TO MOTION FOR TRANSFER TO INCLUDE ACTION -- A-6 R.J. Reynolds Industries, Inc. v. Malcolm Baldrige, D. Del., C.A. No. 82-252. Filed by defts. Baldrige, Secretary of Commerce, et al. w/cert. of svc. Notified involved counsel. (ds) |
| ~~82/05/20~~ | ~~7~~ | ~~RESPONSE -- pltfs. Crosley Int't, Inc., et al. w/cert. of~~ |
| 82/05/20 | 7 | RESPONSE -- pltfs. Crosley Int't, Inc., et al. w/cert. of svc. (ds) |
| 82/05/20 | 8 | RESPONSE -- pltfs. Monsanto Co., et al. w/cert. of svc. (ds |
| 82/05/24 | 9 | RESPONSE -- pltfs. Lone Star Steel Co., et al. w/cert. of svc. (ds) |
| 82/05/24 | 10 | RESPONSE -- plfts. The Trane Co., et al. w/cert. of svc (ds |
| 82/05/25 | | HEARING ORDER -- setting litigation for hearing in Phil., Pa. on June 24, 1982. (eaf) |
| 82/05/26 | | APPEARANCE -- WILLIAM O. LAMOTTE, ESQ. for R. J. Reynolds Industries, Inc. (ds) |
| 82/05/28 | 11 | RESPONSE -- pltf. Monsanto Co., et al. w/cert. of svc. (ds) |
| 82/06/03 | 12 | RESPONSE, BRIEF, CERT. OF SVC. -- R.J. Reynolds Industries, Inc. (eaf) |
| 82/06/07 | 13 | REPLY, CERT. OF SVC. -- Baldrige, et al. & Secy of Commerce. (eaf) |
| 82/06/16 | 14 | ADDITIONAL RESPONSE, CERT. OF SVC. -- pltfs. Crosley Int'l Corp., et al. (eaf) |

JPML FORM 1A

DOCKET ENTRIES

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. ___ -- _____

| Date | Ref. | Pleading Description |
|---|---|---|
| 82/06/22 | | HEARING APPEARANCES: Neil Koslowe for Malcolm Baldrige; Theodore Voorhees, Jr. for Lone Star Steel Co., Northwest Indus., Inc., Union Underwear Co., Inc., Fruit of the Loom, Inc., BVD Licensing Corp., Trane Co., United Technologies Corp.; William O. LaMotte for R. J. Reynolds Industries, Inc. (emh) |
| | | WAIVER OF ORAL ARGUMENT: Crosley Intern'l, Inc., Admiral Intern'l Corp., Magic Chef, Inc. A.D. Adair, Jr., Charles W. Courtney, Monsanto Co., Fisher Controls International, Inc. (emh) |
| 82/07/14 | | CONSENT OF TRANSFEREE DISTRICT -- Signed by Chief Judge James L. Latchum in the District of Delaware for actions assigned to him. |
| 82/07/14 | | TRANSFER ORDER -- transferring A-1, A-2 and A-3 to the District of Delaware for coordinated or consolidated pretrial proceedings. Notified involved clerks, judges, counsel involved and miscellaneous recipients. (ds) |

JPML Form 1

Revised: 8/78

DOCKET NO. 507 -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

CAPTION: IN RE ARAB BOYCOTT LITIGATION

## SUMMARY OF LITIGATION

| Hearing Dates June 24, 1982 | Orders | | | Transferee | | |
|---|---|---|---|---|---|---|
| | Dates Filed | Type | Citation | District | Name of Judge | Assigned From |
| | July 14, 1982 | TO | Unpublished | D. Delaware | James L. Latchum | |

Special Transferee Information

DATE CLOSED: 12/14/84

JPML FORM 1

LISTING OF INVOLVED ACTIONS

DOCKET NO. 507 -- IN RE ARAB BOYCOTT LITIGATION

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket Number | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| ✓ A-1 | Crosley International, Inc., et al. v. Malcolm Baldrige, et al. | N.D.Ga. Shoob | C-82-653-A | 7/14/82 | 82-055 | 12/14/84 | |
| ✓ A-2 | Monsanto Co., et al. v. U.S.A. | S.D.Iowa Stuart | 82-134-A | 7/14/82 | 82-056 | ※ 2/3/84 | |
| ✓ A-3 | Lone Star Steel Co., etc., et al. v. Malcolm Baldrige, Secretary of Commerce, et al. | N.D.Tex. Sanders | CA-3-82-0337 H | 7/14/82 | 82-057 | 1/13/83 | |
| A-4 | The Trane Co., et al. v. Malcolm Baldrige, Secretary of Commerce, et al. | W.D.Wis. Warren | 78-C-413 *NOT TRANSFERRED* | | | *DO NOT COUNT* | |
| A-5 | Briggs & Stratton, et al. v. Malcolm Baldrige, et al. | E.D.Wisc. Gordon | 80-C-721 *NOT TRANSFERRED* | | | *DO NOT COUNT* | |
| A-6 | R. J. Reynolds Industries, Inc. v. Malcolm Baldrige | D.Dela. Latchum | 82-252 | | | 12/3/84 | |

July 1985 - Docket Closed

· Vacate D.C.

JPML Form 4

## ATTORNEY SERVICE LIST
## JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 507 -- In re Arab Boycott Litigation

---

<u>CROSLEY INTERNATIONAL, INC., ET AL. (A-1)</u>
Gray McCalley, Jr., Esquire
Alston, Miller & Gaines
1200 C & S National Bank Building
35 Broad Street
Atlanta, Georgia 30335

<u>MONSANTO CO., ET AL. (A-2)</u>
Richard M. Franklin, Esquire
Baker & McKenzie
2800 Prudential Plaza
Chicago, Illinois 60601

<u>LONE STAR STEEL CO., ETC., ET AL. (A-3)</u>
<u>THE TRANE CO., ET AL. (A-4)</u>
Brice M. Clagett, Esquire
Covington & Burling
Post Office Box 7566
1201 Pennsylvania Avenue, N.W.
Washington, D.C. 20044

<u>BRIGGS & STRATTON, ET AL. (A-5)</u>
Elwin J. Zarwell, Esquire
Quarles & Brady
780 North Water Street
Milwaukee, Wisconsin 53202

<u>R. J. Reynolds Industries, Inc. (A-6)</u>
William O. LaMotte, III, Esq.
Morris, Nichols, Arsht & Tunnell
Twelfth & Market Streets
P.O. Box 1347
Wilmington, Delaware 19899

MALCOLM BALDRIGE, ET AL.
<u>SECRETARY OF COMMERCE, ET AL.</u>
Neil H. Koslowe, Esquire
Special Litigation Counsel
Civil Division
Department of Justice
Room 3501
10th & Pennsylvania Avenue, N.W.
Washington, D.C. 20530

JPML FORM 3

p. 1

COMMON PARTY CHECKLIST -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 507 -- In re Arab Boycott Litigation

| Name of Party | Named as Party in Following Actions |
|---|---|
| Malcolm Baldrige | |
| Secretary of Commerce | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |

p. 1